# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**CHARLES SHOCKENCY**                                                          **PLAINTIFF**

vs.                                                        CIVIL ACTION NO. 3:15CV-687-CRS

**EQUIFAX INFORMATION SERVICES, LLC, ET AL**                        **DEFENDANTS**

## ORDER OF DISMISSAL

A Joint Stipulation of Dismissal having been filed (DN 14),

**IT IS HEREBY ORDERED** that Plaintiff's claims against Equifax Information Services, LLC, are **DISMISSED** with prejudice.

Dated: December 7, 2015

*[signature]*

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc: Counsel of Record